In the matter of the estate of EUSTACE CAMERON BUTLER, deceased.

[Decided January 3d, 1946.]

*Messrs. Robinson & Morris,* for the appellant.

*Mr. Edward L. Stasse, Sr., Mr. Edward L. Stasse, Jr., Mr. Luke M. McKenney* and *Mr. Lionel P. Kristeller,* for the respondents.

PER CURIAM.

The decree appealed from will be affirmed, for the reasons stated in the opinion filed in the court below by Vice-Chancellor Bigelow, and reported at *137 N. J. Eq. 48.*

*For affirmance*—THE CHIEF-JUSTICE, PARKER, BODINE, DONGES, HEHER, PERSKIE, COLIE, OLIPHANT, WELLS, RAFFERTY, FREUND, JJ. 11.

*For reversal*—CASE, DILL, MCGEEHAN, JJ. 3.